IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DIVISION OF MISSOURI

FILED
MAY - 1 2006
U. S. DISTRICT COURT
E. DISTRICT OF MO.

| | |
|---|---|
| TROY HILL<br>1893 Williamstowne<br>O'Fallon, MO 63376 | )<br>)<br>)<br>) |
| Plaintiff, | ) Case No. 4:05 CV1412-JCH |
| v. | )<br>) |
| ALDI, INC. | ) Judge Jean Hamilton |
| Defendant. | )<br>) Jury Trial Demanded<br>) |

## MINUTE ORDER

The Court, having been apprised of the issues based on the parties' Agreed Motion to Extend Certain Discovery Dates, grants the agreed motion. The Scheduling Order is hereby revised to:

1) extend the deadline for closing all discovery, expert and otherwise, to June 30, 2006; and   2) extend the deadline for filing dispositive motions to ✓ August 15, 2006 (or)

~~August 30, 2006.~~

The trial date remains the same.

5/1/06
Date

Judge Jean Hamilton

4